IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA,
ALBANY DIVISION

| | | |
|---|---|---|
| BRANDI EDWARDS, AND ALL OTHER SIMILARLY SITUATED | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:15-CV-75 |
| PHOEBE PUTNEY HEALTH SYSTEM, INC.; and PHOEBE PUTNEY HEALTH SYSTEM SUMMARY OF BENEFITS MEDICAL AND PRESCRIPTION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

COME NOW, Phoebe Putney Health System, Inc. ("PPHS") and Phoebe Putney Health System Summary of Benefits Medical and Prescription ("the Plan"), referred to collectively as "Defendants," and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that this Court dismiss Plaintiff's Complaint. In support of their motion, Defendants state as follows:

1. In her Complaint, Plaintiff alleges that she and the putative class that she purports to represent are participants and beneficiaries of the Plan, and that Defendants breached their fiduciary duties with respect to the Plan under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 *et seq*. ("ERISA").

2. As discussed in greater detail in Defendants' Memorandum of Law, submitted herewith, a participant in a plan governed by ERISA is required to exhaust administrative remedies prior to filing suit in this Court.

3. The failure to exhaust administrative remedies under ERISA bars Plaintiff from bringing suit until such time as she does exhaust the Plan's administrative remedies.

WHEREFORE, Defendants respectfully request that the Court dismiss the Complaint due to Plaintiff's failure to exhaust administrative remedies, which is a condition precedent to Plaintiff being able to pursue the claims in her Complaint.

Respectfully submitted,

Dated: July 20, 2015

/s/ H. Douglas Hinson
H. Douglas Hinson
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404
Email: doug.hinson@alston.com
Telephone: (202) 239-3300
Facsimile: (202) 239-3333

Patrick C. DiCarlo
Elizabeth Wilson Vaughan
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7000
Fax: (404) 253-8401
pat.dicarlo@alston.com
beth.vaughan@alston.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that I have this day of July 20, 2015, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Del Percilla, Jr.
1801 Gillionville Road
Albany, GA 31707-3736

Robert M. Beauchamp
Robert M. Beauchamp Attorney at Law, LLC
1713 Dawson Road
Albany, GA 31707

Norris A. Adams, II
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203-4727

Edward G. Connette
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203-4727

Respectfully submitted,

/s/ H. Douglas Hinson
H. Douglas Hinson